UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

US RUBBER CORPORATION,

                Plaintiff,

-against-

MT HAWLEY INSURANCE COMPANY,

                Defendant.

23-CV-07618 (AT)(RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order of Reference dated April 29, 2024 (ECF 35), Judge Analisa Torres referred this case to me for settlement.

      A settlement conference is scheduled for **Tuesday, May 14, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **May 3, 2024**, to propose three alternative dates and times for the settlement conference during the week of May 20, 2024.

      The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **May 7, 2024**, **at 5:00 p.m**.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  April 29, 2024
             New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge