```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _05/08/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

US RUBBER CORPORATION,

                Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

23 Civ. 7618 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated April 30 and May 7, 2024. ECF Nos. 37, 40; *see also* ECF No. 38. Accordingly:

1. Defendant's request to file a motion for partial summary judgment is GRANTED and its motion for a pre-motion conference is DENIED;

2. By **June 19, 2024**, Defendant shall file its motion for partial summary judgment;

3. By **July 10, 2024**, Plaintiff shall file its opposition; and

4. By **July 24, 2024**, Defendant shall file its reply, if any.

    SO ORDERED.

Dated: May 8, 2024
         New York, New York

                                            ANALISA TORRES
                                         United States District Judge