UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. RUBBER CORPORATION,<br><br>                Plaintiff,<br><br>-against-<br><br>MT. HAWLEY INSURANCE COMPANY,<br><br>                Defendant. | 23-CV-07618 (AT) (RFT)<br><br>**ORDER SCHEDULING<br>PRE-SETTLEMENT<br><u>TELEPHONE CONFERENCE</u>** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

    This case has been referred to me for settlement purposes (ECF 35). A telephone conference will be held on **May 15, 2024, at 11:30 AM,** in advance of a settlement conference. Counsel are directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 995 150 036#.**

    If counsel are not available at this date and time, please jointly confer and email four dates of availability to TarnofskyNYSDChambers@nysd.uscourts.gov within 48 hours of this order.

DATED:  May 9, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge