UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
US RUBBER CORPORATION,

                Plaintiff,

-against-

MT. HAWLEY INSURANCE COMPANY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2025

23 Civ. 7618 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By order dated December 31, 2024, the Court granted Defendant Mt. Hawley Insurance Company's partial motion for summary judgment. ECF No. 57. Accordingly, by **February 28, 2025**, the parties shall file their proposed joint pretrial order and required pretrial filings. *See* Section V of the Court's Individual Practices in Civil Cases.

    Should the parties wish, they may make a request directly to Judge Tarnofsky to schedule a settlement conference. *See* ECF No. 35.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York

                                      ANALISA TORRES
                                United States District Judge